# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

NASHVILLE Division

RECEIVED

MAY 11 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

|  |  |
|---|---|
| JONH DOE | Case No. _____ |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| GOVERNOR WILLIAM LEE | |
| DIRECTOR DAVID B. RAUSCH | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

*(The right column contains a series of closing parentheses ")" marking the caption.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name CHRISTOPHER SHANE WHITED

All other names by which you have been known:

ID Number 79509-509

Current Institution FCI FAIRTON

Address PO Box 420

FAIRTON     NJ     08320

        *City*         *State*         *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name WILLIAM LEE

Job or Title *(if known)* GOVERNOR

Shield Number

Employer

Address 600 DR. MARTIN LUTHER KING BLVD

NASHVILLE     TN     37243

        *City*         *State*         *Zip Code*

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name DAVID B. RAUSCH

Job or Title *(if known)* DIRECTOR

Shield Number

Employer TENN. BUREAU OF INVESTIGATION

Address 901 R.S. GASS BOULEVARD

NASHVILLE     TN     37216

        *City*         *State*         *Zip Code*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

    Name                        _____

    Job or Title *(if known)*    _____

    Shield Number          _____

    Employer                _____

    Address                 _____

                        *City*           *State*         *Zip Code*

         ☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name                        _____

    Job or Title *(if known)*    _____

    Shield Number          _____

    Employer                _____

    Address                 _____

                        *City*           *State*         *Zip Code*

         ☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EX POST FACTO, BILLS OF ATTAINDER, 4TH AMENDMENT, 8TH AMENDMENT(

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 3:26-cv-00614   Document 1   Filed 05/11/26   Page 3 of 22 PageID #: 3

CRUEL & UNUSUAL PUNISHMENT) TO U.S. & TN. CONSTITUTION(S)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I ENTERED INTO A PLEA AGREEMENT WITH THE CIRCUIT COURT OF
Continued on A1 - A7

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I ENTERED INTO A PLEA AGREEMENT WITH THE CIRCUIT COURT OF
WILLIAMSON COUNTY TN., 1998, 2010, 2017, 2019, See ATTACHED —
A1 - A7

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Case 3:26-cv-00614   Document 1   Filed 05/11/26   Page 4 of 22 PageID #: 4

D. 42 U.S.C. §1983 DEFENDANTS CONT.

1) GOVERNOR WILLIAM LEE ACTS UNDER COLOR OF LAW AS HE IS THE GOVERNOR OF TENNESSEE AND IS CHARGED WITH ENACTING AND MAINTAINING THE TENNESSEE SEXUAL OFFENDER REGISTRY AND IS RESPONSIBLE FOR ENSURING THAT IT DOES NOT VIOLATE ANY RIGHTS AFFORDED BY EITHER THE U.S. OR TENN. CONSTITUTIONS, AND TO ENSURE THAT ALL LAW ENFORCEMENT AGENCIES LEGALLY ENFORCE THE SEXUAL OFFENDER REGISTRY.

2) DAVID B. RAUSCH IS THE DIRECTOR OF THE TENN-ESSEE BUREAU OF INVESTIGATION AND IS RESPONSIBLE FOR THE REGISTRANTS ON THE SEXUAL OFFENDER REGISTRY, TO ENSURE THAT NONE ARE ON THE REGISTRY ILLEGALLY, REMOVAL OF REGISTRANTS FROM THE REGISTRY AND TO RESPOND TO REQUESTS FOR REMOVAL THERE-OF AND TO ENSURE THAT ALL TENNESSEE LAW ENFORCEMENT AGENCIES COMPLY AND UPHOLD THE LAWS AND RULES OF THE (SOR) BY FOLLOWING THE STATUTES, REGULATIONS, ORDINANCES AND RIGHTS AFFORDED BY THE U.S. AND TENNESSEE CONSTITUTIONS AND TO COMPLY WITH VALID COURT ORDERS OF EACH INDIVIDUALS SENTENCING.

# STATEMENT OF CLAIM

WILLIAMSON COUNTY TENNESSEE FOR THE CHARGE OF RAPE. AT MY SENTENCING DATE OF 8-24-1992 THERE WAS NO REQUIREMENT TO REGISTER AS A SEX OFFENDER FOR THE DURATION OF MY LIFE AS THERE WAS NO SEX OFFENDER REGISTRY AT THAT TIME.

WHEN I WAS RELEASED FROM PRISON ON 11-14-1998, AFTER SERVING THE FULL 8 YEAR @ 30% (SENTENCED ON 8-24-1992), I WAS INFORMED BY PRISON OFFICIALS AND LAW ENFORCEMENT THAT I WOULD NOW HAVE TO REGISTER BY MAIL WITH THE TENNESSEE BUREAU OF INVESTIGATION (TBI) FOR THE DURATION OF MY LIFE AS A VIOLENT SEXUAL OFFENDER.

THIS RETRO-ACTIVE APPLICATION OF THE SEXUAL OFFENDER REGISTRY REQUIREMENTS, AS IT APPLIES TO ME RENDERED MY NEGOTIATED PLEA AGREEMENT UN-WILLINGLY, UN-KNOWINGLY, AND INVOLUNTARY AS I WOULD NEVER HAD PLED GUILTY TO THAT CHARGE OF RAPE HAD I KNOWN THAT I WOULD HAVE TO REGISTER 4 TIMES A YEAR FOR THE REST OF MY LIFE AS A COLLATERAL CONSEQUENCE OF PLEADING GUILTY IN A BEST INTEREST PLEA.

IN 2002, I ENTERED INTO A NEGOTIATED PLEA AGREEMENT WITH THE CIRCUIT COURT OF WILLIAMSON COUNTY TENNESSEE FOR THE CHARGES OF, SEXUAL EXPLOITATION OF A MINOR AND TWO COUNTS OF STATUTORY RAPE.

AGAIN, THERE WAS NO JUDGEMENT AGAINST ME TO REQUIRE ME TO REGISTER AS A SEX OFFENDER FOR THESE CHARGES AS THESE CHARGES WERE NOT REQUIRED TO REGISTER UNTIL 2006.

A - 1

Case 3:26-cv-00614    Document 1    Filed 05/11/26    Page 6 of 22 PageID #: 6

WHEN RELEASED FROM PRISON IN 2010 I WAS TOLD THAT I NOW HAD TO REGISTER, IN PERSON, 4 TIMES A YEAR FOR THE REST OF MY LIFE, FOR THE 1992 CONVICTION AND ALSO FOR THE 2002 CONVICTIONS. THE 2002 CONVICTIONS ARE ON A 17 year OLD FEMALE, NICOLE LYNN GIACOMETTI, D.O.B. 09-21-1984. MS. GIACOMETTI AND I WERE MARRIED ON 6-11-2003 AND HAVE 4 CHILDREN BETWEEN US AND ARE STILL MARRIED TODAY.

SINCE 2010 I HAVE HAD NUMEROUS ARRESTS DUE TO THE SEX OFFENDER REGISTRY (SOR). 1) ARRESTED DUE TO THE FACT THAT MINORS, WHOM ARE FAMILY, SPENT THE NIGHT AT MY HOUSE WITH MY GIRLFRIENDS CHILDREN, DISMISSED THROUGH DIVERSION IN 2010. 2) ARRESTED IN 2010, WILLIAMSON COUNTY TN., FOR BEING IN A VEHICLE WITH A FRIEND, HER CHILD AND MINE ALSO WHILE DROPPING HER CHILD OFF AT SCHOOL, GIVEN 4 YEARS AT 45% TN. DEPT. OF CORRECTION. 3) I WAS ARRESTED IN, 2010, HICKMAN COUNTY TN. BECAUSE A HICKMAN COUNTY OFFICER SEEN A BAG OF LAUNDRY I HAD TAKEN TO A FRIENDS HOUSE TO WASH AND EVEN THOUGH I STILL MAINTAINED RENT, ELECTRIC AND WATER AT 9987 ROCKY POINT RD, BON AQUA TN. 37025. I WAS STILL ARRESTED, UNJUSTLY AND RECEIVED 2 YEARS @ 30% IN 2014. 4) IN 2010, AFTER MAKING BOND I WENT TO REGISTER WITHIN 48 HOURS PER THE SOR. A WEEK AFTER I REGISTERED, HICKMAN COUNTY OFFICER LAURIE (LNU) ~~SETTLED~~ CSW. ANSWERED

A-2

MY CALL IN REFERENCE TO MY CALL TO VERIFY WHEN MY NEXT REGISTRATION DATE WAS, UPON REGISTERING WITHIN 48 HOURS SHE SAID THAT I FORGOT TO "FINISH" REGISTERING "ON THAT DAY" AND THAT SHE TOLD ME I NEEDED TO COME BACK (1) WEEK LATER AND THAT I NEEDED TO COME TO THE SHERIFFS DEPT. IMMEDIATELY TO COMPLETE MY REGISTRATION SO I WENT STRAIGHT THERE AND WHEN I DID I WAS ARRESTED FOR FAILURE TO REGISTER AND RECEIVED 2 YEARS AT 30% IN 2014 IN TDOC. 5) IN 2010, I WAS ARRESTED IN RELATION TO #3 FOR THE CHARGE OF MAINTAINING A RESIDENCE WITH A MINOR DUE TO A MARRIED FRIEND OF MINE BEING THERE WHEN I WAS ARRESTED FOR CHANGING RESIDENCE. THE FRIEND WAS 17 YEARS OLD BUT SHE HAD BEEN LEGALLY MARRIED FOR 2 YEARS AND ONLY DROPPED BY MY FRIENDS TO DROP OFF SOME PAIN MEDICATION, I RECIEVED 2 YEARS AT 30% IN 2014 FOR A TOTAL OF 10 YEARS IN THE TENNESSEE DEPT. OF CORRECTION. I WAS GRANTED PAROLE IN 2017 AND WITHIN 12 DAYS OF MOVING HOME THE HICKMAN COUNTY SHERIFFS DEPT. AND THE (TDOC) DONE A RANDOM HOME SEARCH AND CHARGED ME WITH SIMPLE POSSESSION OF PERCOCET, FOR MY WIFE'S PRESCRIPTION MEDICATION, SIMPLE POSSESSION OF MARIJUANA FOR MARIJUANA THAT WAS FOUND IN A BEDROOM THAT DIDN'T BELONG TO ME AS I WAS ONLY RENTING A ROOM AT THAT RESIDENSE. FURTHER

A-3

I WAS CHARGED WITH (2) COUNTS OF VIOLATING THE SOR FOR, 1) HAVING A FACEBOOK THAT HAS BEEN REGISTERED WITH THE HICKMAN COUNTY SHERIFFS DEPT. (HCSD) SINCE 2010, 2) FOR HAVING AN E-MAIL THAT WAS REGISTERED WITH (HCSD) UPON MY FIRST REGISTRATION AFTER BEING RELEASED FROM PRISON. AT MY COURT DATE FOR THESE CHARGES IN 2017 THE HICKMAN COUNTY CIRCUIT COURT ALLOWED ME TO PLEAD GUILTY TO "ATTEMPTED" VIOLATION OF THE SEX OFFENDER REGISTRY BECAUSE THEY KNEW I WAS FALSELY ARRESTED ON THOSE CHARGES AND THAT I DID IN FACT COMPLY WITH THE REGISTRY REQUIRE- MENTS AND REGISTERED MY FACEBOOK AND E-MAIL WITH THE HCSD. ON THE DAY OF THE ARREST THE SHERIFFS OFFICER STATED TO ME "IF YOU WOULD LEAVE THE LITTLE GIRLS ALONE WE WOULDN'T ARREST YOU". THESE FALSE ARRESTS VIOLATED MY PAROLE AND SUBJECTED ME TO ANOTHER 2 1/2 YEARS OF INCARCERATION. Since my conviction in 1992 I have suffered many hardships because of my status as a sex offender that include, assaults, attempted sexual assaults, denial and loss of residence(s), loss and denial of employment and also employment opportunities. As the stringent guidelines of the registry continue to evolve the punishments continue to get more and more impossible to comply with and continues to add greater and greater hardship, that, if for some reason one is unable to comply with, one is faced with losing years of

A-4

their lives. As of present, the registry requires all registrants to pay $450 dollars, or more, yearly with the threat of violation if one is unable to pay. In 2010, I was forced to move from my place of residence $ due to the proximity of a day care that is well over a thousand feet away from my home and that fact is known to the Hickman County Sheriff's Department but because I am a sex offender, law enforcement feels that they can do as they please with NO consideration given to my rights as an American Citizen. As a convicted sex offender at I am at the mercy of law enforcement agencies and officials that can and will committ any act in order to obtain an arrest and/or a violation of the (SOR). Being on the sex offender registry is akin to the Salem Witch Trials, from law enforcement, as well as the public, as well as being subjected to the ancient practice of shunning and many other degrading practices. I have been unable to attend birthday functions at our parks, venues for children such as Chuck E. Cheese or have my children's friends come visit them at our residence due to My sex offender status. I have had to endure public dissemination in public news papers and magazines such as "Just Busted" or "GOOGLES" "Sex Offenders Near Me". This public dissemination in these magazines, and the like, And also the Tennessee Sex Offender Registry have forced me to endure my picture(s), My drivers license number,

A-5

My place of residence, My place of employment, the type of vehicle I drive And the dates of convictions and convictions to the general public, and even so far as the "Just Busted" paper and like papers, to have My picture posted along with charges I have never been charged with nor convicted of. The Tennessee Sex Offender Registry as it applies to me subjects me to EX POST FACTO and BILLS OF ATTAINDER that violate the United States and also the Tennessee Constitution. Further and foremost, the Tennessee Sex Offender Registry as it exists at present and throughout all of its evolutions has manifested its- self as to what it really is, PUNISHMENT. The requirement to register as a Collateral Consequence for "SOME" sexual offences are needed to protect the general public but as the "Retro-active" regis- tration requirement as it applies to me and my plea agreements and judgements have created, and forced me to endure hardships, discrimination, false arrests and nearly a decade out of my life and all because I was subjected to a Sex Offender Registry that I was never supposed to be on it the first place.

I have written several letters to the Defendant, David Rausch, Tennessee Bureau of Investigation, 901 R.S. Gass Boulevard, Nashville Tn. 37216 in the attempt to gain removal from the (SOR) but have never received any response. Further, I have

A-6

filed "NUMEROUS" "MOTIONS FOR REMOVAL" to the Sentencing Court of WILLIAMSON COUNTY TENNESSEE AT FRANKLIN, only to have them all denied, citing you are required by law to register for the rest of your life.

In closing, I have suffered greatly due to the Violation of my Constitutional Rights as set forth here-in. My life and limb has been threatened many times and my Liberty has been stolen from me repeatedly and has cost me a decade of lost time out of my freedom, and has cost my wife her husband, and my children their father. Because of the Retro-active application and the travisties I have endured by being illegally placed on the (SOR), Tennessee Sex Offender Registry have denned me the "Right" of each and every American Citizen, the Right to the Pursuit of Happiness.

Plaintiff prays this Honorable Court will accept this Colorable Claim and grant him the full relief he is entitled to in his statement of Claim here-in.

A-7

C.      What date and approximate time did the events giving rise to your claim(s) occur?

1998, 2010, 2011, 2012, 2014, 2017, 2019

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ARRESTED 2010 for Violation SOR, dismissed on diversion. HICKMAN CO. TN
ARRESTED 2010, Violation SOR, given 2 years TDOC. HICKMAN CO. TN
ARRESTED 2010, Violation SOR, given 2 years TDOC. HICKMAN CO. TN.
ARRESTED 2010, Violation SOR, given 2 years TDOC. HICKMAN CO. TN.
ARRESTED 2011, Violation SOR, given 4 years TDOC. WILLIAMSON CO. TN.
ARRESTED 2017 Violation SOR, allowed to plead to "ATTEMPTED" Violation SOR
BECAUSE I WAS FALSELY ARRESTED, Violated Parole & sent back to TDOC for 2 1/2 yr -

V.     **Injuries** HICKMAN COUNTY TN.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. POST TRAUMATIC STRESS DISORDER, SEVERE ANXIETY DISORDER, NIGHT TERRORS AND BEATING AFTER BEATING DUE TO THE FACT THAT I HAVE SPENT SEVERAL DECADES INSIDE THE TENNESSEE DEPT. OF CORRECTION LABLED AS A VIOLENT SEX OFFENDER. I HAVE RECEIVED NUMEROUS PSYCH TREATMENTS BUT HAVE NEVER RECEIVED ANY THAT WORK.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

TO BE REMOVED FROM THE SEX OFFENDER REGISTRY AND ANY AND ALL FUTURE REGISTRY REQUIREMENTS.
I WANT TEN MILLION DOLLARS, THATS 1 MILLION FOR EACH YEAR THAT I WAS FORCED TO SPEND IN PRISON FOR THE ILLEGAL RETROACTIVE APPLICATION OF THE SEX OFFENDER REGISTRY, ALSO, I WANT AN ADDITIONAL TEN MILLION TO GO TO MY WIFE, NICOLE LYNN WHITED, MY SONS, BLAKE ALEXANDER WHITED, ANDREW JONATHAN WHITED, DAVID WAYNE SMITHSON & MY DAUGHTER AMBER NICOLE WHITED FOR THE 10 YEARS THEY WERE WITHOUT THEIR FATHER, SPLIT EVENLY BETWEEN THEM, AND FOR DEFENDANTS TO PAY ALL COSTS ASSOCIATED WITH THIS ACTION & FOR THE COURT TO GET ALL MEDICAL RECORDS FROM TDOC TO SHOW INJURIES ~ COURT.

VI RELIEF CONT.

AND FOR THE UNITED STATES MARSHAL'S SERVICE TO
COMPLETE SERVICE OF COMPLAINT UPON EACH DEFENDANT
AND FOR THE CLERK OF COURT TO PROVIDE MYSELF WITH
A COPY OF COMPLAINT. ALSO, FOR THE COURT TO GRANT
ME AN ATTORNEY TO REPRESENT ME THROUGH-OUT THIS
ACTION AND ALSO GRANT ME LEAVE TO AMEND THIS
ACTION AS NEEDED OR ORDERED BY THE COURT.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N|A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

N|A

2.   What did you claim in your grievance?

N|A

3.   What was the result, if any?

N|A

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N|A

F.      If you did not file a grievance:

      1.    If there are any reasons why you did not file a grievance, state them here:

THIS CANNOT BE HANDLED VIA ANY GRIEVANCE PROCEDURE.

      2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Case 3:26-cv-00614   Document 1   Filed 05/11/26   Page 17 of 22 PageID #: 17

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  CHRISTOPHER SHANE WHITED

Defendant(s)  JEFF LONG et al.

2.  Court *(if federal court, name the district; if state court, name the county and State)*

U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT AT NASHVILLE

3.  Docket or index number

3:13-0025

4.  Name of Judge assigned to your case

ALETA A. TRAUGER

5.  Approximate date of filing lawsuit

1-15-2013

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

DISMISSED sua sponte

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes C.S.W

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  CHRISTOPHER SHANE WHITTED C.S.W

Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

U.S. DISTRICT COURT, MIDDLE DISTRICT @ NASHVILLE C.S.W.

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4/29/26

Signature of Plaintiff     Christopher Shane Whited #79509-509

Printed Name of Plaintiff     CHRISTOPHER SHANE WHITED

Prison Identification #     79509-509

Prison Address     FCI FAIRTON - Po BOX 420

FAIRTON                          NJ          08320

|                  | City | State | Zip Code |

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

|                  | City | State | Zip Code |

Telephone Number     _____

E-mail Address     _____

Christopher Shane White #79509-509
FCI Fairton - P/o Box 420
Fairton, NJ 08320



CLERK, U.S. DISTRICT COURT
719 CHURCH STREET
SUITE 1300
NASHVILLE, TN. 37203

RECEIVED

MAY 11 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL MAIL



LEGAL MAIL